UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

FREEMAN & CO., LLC and FREEMAN
CAPITAL HOLDINGS, LLC,

                    Plaintiffs,

      -against-

TONY SETO, and BERKSHIRE CAPITAL
SECURITIES, LLC,

                    Defendants.
------------------------------------------------------------------- X

Case No. 18-cv-03180 (JFK)

**NOTICE OF APPEARANCE**

TO:    Jonathan Sack, Esq.
        SACK & SACK, LLP
        75 East 55th Street, 10th Floor
        New York, New York 10022
        *Attorneys for Plaintiffs*

PLEASE TAKE NOTICE, that Victor C. Bushell, Esq. and Cem Ozer, Esq. of Bushell, Sovak, Ozer & Kane LLP, hereby enter their appearances in the above-referenced action as counsel for Defendant Berkshire Capital Securities, LLC.

Dated: New York, New York
       June 12, 2018

                                        BUSHELL, SOVAK, OZER & KANE LLP
                                        274 Madison Avenue, Suite 901
                                        New York, New York 10016
                                        *Attorneys for Defendant*
                                        *Berkshire Capital Securities, LLC*

                                        _____
                                        Victor C. Bushell (VB 3930)
                                        vbushell@bushellsovak.com

                                        _____
                                        Cem Ozer (CO 1718)
                                        cozer@bushellsovak.com