**EXHIBIT 9**

# BUSHELL, SOVAK, OZER & KANE LLP

ATTORNEYS AT LAW
www.bushellsovak.com

274 MADISON AVENUE, SUITE 901  
NEW YORK, NY 10016  
~~~~  
TELE (212) 949-4700  
FAX (212) 286-0513  
~~~~  
VICTOR C. BUSHELL  
VBUSHELL@BUSHELLSOVAK.COM

115 SETH LOW MOUNTAIN ROAD,  
RIDGEFIELD, CT 06877  
~~~~  
TELE (203) 403-5132  
FAX (203) 724-0866

April 25, 2018

**VIA EMAIL AND FIRST CLASS MAIL**

Jonathan Sack, Esq.  
Sack & Sack, LLP  
70 East 55th Street, 10th Floor  
New York, NY 10022

    RE:    *Freeman & Company and Tony Seto*

Dear Mr. Sack:

We are counsel for Berkshire Capital Securities, LLC ("Berkshire"). We write to advise you that Berkshire has terminated Tony Seto's employment and blocked his access to Berkshire's servers and systems.

When Berkshire hired Mr. Seto, it had ***no knowledge*** Mr. Seto was under any restrictive covenants that could affect his employment with Berkshire.

Berkshire's decision is not in any way an admission of any wrongdoing or an acknowledgement as to the existence, validity or enforceability of any restrictive covenants that may apply to Mr. Seto. Berkshire's action is also without prejudice to any defenses regarding same that Berkshire may have.

If you have any questions, please contact me.

Sincerely,

Victor C. Bushell